# United States Court of Appeals for the Fifth Circuit

---

No. 22-60605

---

Omar Cano-Lopez,

*Petitioner,*

*versus*

Merrick Garland, *U.S. Attorney General*,

*Respondent.*

---

Petition for Review from an Order of the
Homeland Security
Agency No. A037 007 272

---

### UNPUBLISHED ORDER

Before Higginbotham, Duncan, and Wilson, *Circuit Judges*.

Per Curiam:

  Petitioner previously filed a motion to transfer, alleging a genuine issue of material facts as to his nationality.[1] The Government opposed the motion, stating: "Because Cano asserts there is a genuine issue of material fact concerning his nationality, the proper forum to determine that issue is in

---

[1] *See generally* Petition for Review, *Cano-Lopez v. Garland*, No. 22-60605 (5th Cir. Nov. 10, 2022) (Dkt. No. 1).

this Court."[2] This Court denied the motion, concluding that there was no evidence giving rise to a genuine issue of material fact as to the Petitioner's nationality.[3]

Petitioner files the same motion once again but now submits proper briefing in addition to a host of documentary evidence.[4] The Government seemingly abandons its prior position as to the proper forum for such a question, having declined to oppose the motion.[5] Given the unexplained change of position, IT IS ORDERED that the Government respond to Petitioner's motion to transfer the petition for review to the United States District Court, Southern District of Texas, Brownsville in the next 30 days.

---

[2] Respondent's Opposition to Petitioner's Request to Transfer the Case to the District Court Pursuant to 8 U.S.C. § 1252(b)(5)(B) at 4–5, *Cano-Lopez v. Garland*, No. 22-60605 (5th Cir. Nov. 10, 2022) (Dkt. No. 10).
[3] *See generally* Order, *Cano-Lopez v. Garland*, No. 22-60605 (5th Cir. Dec. 12, 2022) (Dkt. No. 21).
[4] *See generally* Unopposed Petitioner's Motion to Transfer Venue Under 8 U.S.C. § 1252(b)(5)(B), *Cano-Lopez v. Garland*, No. 22-60605 (5th Cir. Jan. 9, 2023) (Dkt. No. 29).
[5] *See id.* at 13 (certification of conference that Senior Litigation Counsel does not oppose the motion).